

# THE THIRTEENTH COURT OF APPEALS

13-23-00512-CV

BYRON G.SADLER, SANDRA SADLER, LACY HARBER,
DOROTHY HARBER, AND LJH, LTD.
v.
ERIC WHITE

On Appeal from the
198th District Court of Kerr County, Texas
Trial Court Cause No. 21707B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 2, 2024